# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| **UNITED STATES**, | Case No. 2:16-cr-00155-JCM-CWH |
| Plaintiff, |  |
| vs. | ORDER |
| **CALVIN ROBINSON,** |  |
| Defendant. |  |

Good cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

Defendant shall have until June 22, 2018, to file any Opposition to the government's Motion for Turnover and Application of Seized Funds to Restitution.

IT IS SO ORDERED.

Dated: May 24, 2018.

_____
HON. JAMES C. MAHAN
United States District Judge