DAYLE ELIESON
United States Attorney
District of Nevada

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: mark.woolf@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:16-cr-00155-JCM-CWH |
| v. | ) **STIPULATION FOR TURNOVER OF SEIZED FUNDS TO CLERK OF COURT** |
| CALVIN ROBINSON, | ) |
| Defendant. | ) |

The United States of America ("Government") and Defendant Calvin Robinson ("Robinson"), by and through their counsel of record, hereby stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** that the $29,795 seized from Robinson at or near the time of his arrest, which funds are currently in the possession of the FBI, shall be turned over by the FBI to the Clerk of Court for application toward Robinson's restitution order.

**IT IS FURTHER STIPULATED AND AGREED** that the funds shall be held by the Clerk of Court and shall not be disbursed until further order of this Court and/or the Ninth Circuit and/or stipulation of the parties.

**IT IS FURTHER STIPULATED AND AGREED** that upon approval of this stipulation by the Court, the Government's Motion for Turnover and Application of Seized Funds to Restitution, ECF No. 173, may be deemed withdrawn.

1

**IT IS FURTHER STIPULATED AND AGREED** that the restitution order against Robinson is a final order notwithstanding the fact that the judgment is currently on appeal. *See* Ninth Circuit Case No. 17-10492; *see also* 18 U.S.C. §3664(o). This stipulation does not operate as a stay of the judgment nor does it preclude the United States from pursuing all available remedies to collect on the judgment. It is agreed, however, that any additional funds paid by Robinson or collected by the United States shall be held by the Clerk of Court until the appeal is resolved and/or further order of this Court. The reason for this stipulation is the parties' recognition that the pending appeal could impact the amount and/or validity of restitution ordered. *See* 18 U.S.C § 3664(o)(1)(B).

Respectfully submitted this 21st day of June 2018.

| | |
|---|---|
| DAYLE ELIESON<br>United States Attorney | LAW OFFICE OF MARK D. EIBERT |
| */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney | */s/ Mark D. Eibert*<br>MARK D. EIBERT, ESQ<br>PO Box 1126<br>Half Moon Bay, CA 94019 |
| *Attorneys for the United States* | *Attorney for Defendant Robinson* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 25, 2018