DAYLE ELIESON
United States Attorney
District of Nevada

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
mark.woolf@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:16-cr-00155-JCM-CWH |
| Plaintiff, | |
| v. | **Stipulation for Application and Distribution of Funds to Restitution** |
| Calvin Robinson, | |
| Defendant. | |

The United States of America ("Government") and Defendant Calvin Robinson ("Robinson"), by and through their counsel of record, hereby stipulate to the distribution of the seized funds turned over by the FBI to the Clerk's Office for application toward Robinson's outstanding restitution obligation.

On May 10, 2018, the Government filed its motion for turnover and application of seized funds for funds seized during the course of the investigation in this matter. Thereafter, the parties entered into a stipulation, ECF No. 193, that the $29,795 be deposited with the Clerk of Court pending conclusion of Robinson's appeal and/or further order of the Court or stipulation by the parties. The stipulation was approved by the Court. ECF No. 194. Ultimately, Robinson voluntarily dismissed his appeal. ECF No. 215. Accordingly,

**IT IS HEREBY STIPULATED AND AGREED** that the $29,795 seized from Robinson at or near the time of his arrest, which funds have been deposited with the Clerk

of Court, may be disbursed by the Clerk of Court and credit applied against Robinson's outstanding restitution order.

Respectfully submitted this 13th day of December 2018.

| | |
|---|---|
| DAYLE ELIESON<br>United States Attorney | LAW OFFICE OF MARK D. EIBERT |
| /s/ Mark E. Woolf<br>MARK E. WOOLF<br>Assistant United States Attorney | /s/ Mark D. Eibert<br>MARK D. EIBERT, ESQ<br>PO Box 1126<br>Half Moon Bay, CA 94019 |
| *Attorneys for the United States* | *Attorney for Defendant Robinson* |

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

DATED: December 18, 2018