RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Calvin Robinson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALVIN ROBINSON,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00155-JCM-CWH<br><br>**STIPULATION TO CONTINUE COMPASSIONATE RELEASE MOTION SUPPLEMENT DUE DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Calvin Robinson, that the Compassionate Release Motion Supplement due date currently scheduled on June 11, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than 14 days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review client's medical records.

2. Counsels for Mr. Robinson and the government agree to the continuance.

This is the first request for a continuance of the Compassionate Release Motion Supplement due date.

DATED this 11th day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By */s/ Elizabeth O. White*<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALVIN ROBINSON,<br><br>　　　　Defendant. | Case No. 2:16-cr-00155-JCM-CWH<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Compassionate Release Motion Supplement due date currently scheduled for Thursday, June 11, 2020, be vacated and continued to June 26, 2020, at 4:00 p.m.　　　　　　　　　; or to a time and date convenient to the court.

　　　DATED June 11, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3